NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-113


MARTIN AUTOMOTIVE GROUP, INC.

VERSUS

AIMEE DOAN


\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
CITY COURT OF LAKE CHARLES,
PARISH OF CALCASIEU, NO. 03-2618,
HONORABLE THOMAS P. QUIRK, CITY JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.


REMANDED WITH INSTRUCTIONS.

David F. Dwight
Dwight Law Firm, LLC
1400 Ryan Street
Lake Charles, Louisiana 70601
(337) 439-3138
Counsel for Plaintiff/Appellee:
    Martin Automotive Group, Inc.

W. Mitchell Redd
Liles & Redd, L.C.
Post Office Box 3717
Lake Charles, Louisiana 70602-3717
(337) 433-8529
Counsel for Defendant/Appellant:
    Aimee Doan